**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DARRYL L. BATISTE,

                        Plaintiff,

            -against-                                       22 **CIVIL** 9772 (GHW)

                                                           **JUDGMENT**

THE CITY OF NEW YORK,

                        Defendant.
------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the

Court's Order dated February 2, 2023, and by order dated November 23, 2022, the Court directed Plaintiff to

file an amended complaint within 45 days. Dkt. No. 3. That order specified that failure to comply would result

in dismissal of the complaint. By order dated January 10, 2023, the Court granted Plaintiff 's request for an

extension of time and directed him to file an amended complaint by January 24, 2023. Dkt. No. 5. Plaintiff has

not filed an amended complaint. The Court dismisses the complaint for failure to state a claim on which relief

may be granted. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be

taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge

v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks

review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:**  New York, New York

         February 2, 2023


                                               **RUBY J. KRAJICK**

                                       _____
                                               **Clerk of Court**

                        **BY:**        *K. Mango*

                                       _____
                                               **Deputy Clerk**